```
LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JEFFREY S. POLLACK,<br><br>  Defendant | No. CV A 11- 9837<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Jeffrey S. Pollack, in the principal amount of $2,599.47 plus interest accrued to October 27, 2011, in the sum of $4,308.57; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $8.02, for a total amount of **$6,916.06**.

DATED: 12/2/2011        By: _____TERRY NAFISI_____
                                Clerk of the Court
                               LINDA RAYFORD
                          _____
                              Deputy Clerk
                       United States District Court