LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 11- 9837 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| JEFFREY S. POLLACK, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Jeffrey S. Pollack, in the principal amount of $2,599.47 plus interest accrued to October 27, 2011, in the sum of $4,308.57; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $8.02, for a total amount of $**6,916.06**.

DATED: 12/2/2011           By:  TERRY NAFISI
                                Clerk of the Court
                                LINDA RAYFORD
                                Deputy Clerk
                                United States District Court